UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENZELL MAGIC METCALF,<br><br>                    Plaintiff,<br><br>          v.<br><br>BUENOLOS, et al.,<br><br>                    Defendants. | Case No.  1:26-cv-01889-KES-HBK (PC)<br><br>ORDER DISREGARDING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS* AS MOOT<br><br>(Doc. 2)<br><br>ORDER RECALLING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. 5) |

Plaintiff Denzell Magic Metcalf, a state prisoner, initiated this action by filing a pro se civil rights complaint pursuant to 42 U.S.C. § 1983 together with a motion to proceed *in forma pauperis* on March 9, 2026.  (Docs. 1, 2).  On March 25, 2026, the undersigned issued Findings and Recommendations to deny Plaintiff's motion to proceed *in forma pauperis* under 28 U.S.C. § 1915(g) due to Plaintiff's three strike status and because the allegations in complaint did not satisfy the imminent danger exception.  (Doc. 5).  On May 22, 2026, Plaintiff paid the $405.00 filing fee for this action.  (Receipt No. 100008254).

Accordingly, it is ORDERED:

1. Plaintiff's motion to proceed *in forma pauperis* (Doc. 2) is DISREGARDED as moot.

2. In light of Plaintiff's payment of the $405.00 filing fee, the Court RECALLS the March 25, 2026 Findings and Recommendations (Doc. 5).

3. The Court will screen Plaintiff's pro se operative complaint under 28 U.S.C. § 1915A in due course.

Dated:    May 26, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE